Kevin Leroy ROSS, Plaintiff–Appellant,

v.

Carl PENDELL, Classification Supervisor at Henrico County Jail, Defendant–Appellee.

No. 02–6727.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 5, 2002.

Kevin Leroy Ross, Appellant Pro Se. Hugh McCoy Fain, III, Mary Elizabeth Davis, Spotts, Fain, Chappell & Anderson, Richmond, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kevin Leroy Ross appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ross v. Pendell*, No. CA–00–182 (E.D.Va. Mar. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*